

**CASE NUMBER: 50-2025-CA-011960-XXXA-MB**
**CASE STYLE: FARIS, CALEB R V BRADSHAW, RIC L**
ACCESS LEVEL: D

| Search Criteria | Search Results | Case Info | Party Names | Dockets & Documents | Case Fees | Court Events |

View documents and order certified copies*. See our eCaseView FAQ for step-by-step guidance and information about what documents are available online.

**Document Icons**

📄 Document available. Click icon to view.
🛒 Add a certified copy of the document to your shopping cart.
🔒 Document is Viewable on Request (VOR). Click to request.
⏱ VOR document is being reviewed. Click to be notified when available.

0

Public = 📄     VOR = 🔒     In Process = ⏱     Page Size: 25

| | | DIN | Effective Date | Description | Notes |
|---|---|---|---|---|---|
| 📄 | 🛒 | 2 | 11/17/2025 | CIVIL COVER SHEET | |
| 📄 | 🛒 | 3 | 11/17/2025 | COMPLAINT | FOR DEMAND FOR JURY TRIAL F/B PLT |
| | | 1 | 11/18/2025 | DIVISION ASSIGNMENT | AK: Circuit Civil Central - AK (Civil) |
| 📄 | 🛒 | 4 | 11/18/2025 | PAID $401.00 ON RECEIPT 6039791 | $401.00 6039791 Fully Paid |
| 📄 | 🛒 | 5 | 11/18/2025 | DCM DESIGNATION TO THE GENERAL TRACK WITH JURY TRIAL ORDER | JAMES SHERMAN 11/18/2025 |

| | | | | |
|---|---|---|---|---|
|   | 6 | 11/18/2025 | ~~CORRECT AND RESUBMIT SUMMONS NOT ISSUED 1) THE SUMMONS INSTRUCTIONS FOR AN INDIVIDUAL MUST ALSO BE IN ALL 3 LANGUAGES – SEE RULE 1.902. 2) DUE TO ENTRY OF A.O 3.110, A.O 3.107 AND 3.108 ARE VACATED AND SET ASIDE. PLEASE REMOVE THE STANDING ORDER AND RESUBMIT WITH THE ADA ONLY. | adam@balkanpatterson.com;tiffany@balkanpatterson.com;efile@balkanpatterson.com 1) THE SUMMONS INSTRUCTIONS FOR AN INDIVIDUAL MUST ALSO BE IN ALL 3 LANGUAGES – SEE RULE 1.902. 2) DUE TO ENTRY OF A.O 3.110, A.O 3.107 AND 3.108 ARE VACATED AND SET ASIDE. PLEASE REMOVE THE STANDING ORDER AND RESUBMIT WITH THE ADA ONLY. |
|   | 7 | 11/18/2025 | ~~CORRECT AND RESUBMIT SUMMONS NOT ISSUED 1) THE SUMMONS INSTRUCTIONS FOR AN INDIVIDUAL MUST ALSO BE IN ALL 3 LANGUAGES – SEE RULE 1.902. 2) DUE TO ENTRY OF A.O 3.110, A.O 3.107 AND 3.108 ARE VACATED AND SET ASIDE. PLEASE REMOVE THE STANDING ORDER AND RESUBMIT WITH THE ADA ONLY. | adam@balkanpatterson.com;tiffany@balkanpatterson.com;efile@balkanpatterson.com 1) THE SUMMONS INSTRUCTIONS FOR AN INDIVIDUAL MUST ALSO BE IN ALL 3 LANGUAGES – SEE RULE 1.902. 2) DUE TO ENTRY OF A.O 3.110, A.O 3.107 AND 3.108 ARE VACATED AND SET ASIDE. PLEASE REMOVE THE STANDING ORDER AND RESUBMIT WITH THE ADA ONLY. |
|   | 8 | 11/20/2025 | PAID $20.00 ON RECEIPT 6044261 | $20.00 6044261 Fully Paid |

| | | | | |
|---|---|---|---|---|
| | 9 | 11/25/2025 | ~~CORRECT AND RESUBMIT SUMMONS NOT ISSUED THE SUMMONS INSTRUCTIONS FOR AN INDIVIDUAL MUST ALSO BE IN ALL 3 LANGUAGES – SEE RULE 1.902 | adam@balkanpatterson.com;tiffany@balkanpatterson.com;efile@balkanpatterson.com THE SUMMONS INSTRUCTIONS FOR AN INDIVIDUAL MUST ALSO BE IN ALL 3 LANGUAGES – SEE RULE 1.902 |
| | 10 | 11/25/2025 | ~~CORRECT AND RESUBMIT SUMMONS NOT ISSUED THE SUMMONS INSTRUCTIONS FOR AN INDIVIDUAL MUST ALSO BE IN ALL 3 LANGUAGES – SEE RULE 1.902 | adam@balkanpatterson.com;tiffany@balkanpatterson.com;efile@balkanpatterson.com THE SUMMONS INSTRUCTIONS FOR AN INDIVIDUAL MUST ALSO BE IN ALL 3 LANGUAGES – SEE RULE 1.902 |
| | 11 | 12/01/2025 | PAID $20.00 ON RECEIPT 6053718 | $20.00 6053718 Fully Paid |
| | 12 | 12/01/2025 | SUMMONS ISSUED | adam@balkanpatterson.com;tiffany@balkanpatterson.com;efile@balkanpatterson.com AS TO DFT RIC L BRADSHAW AS SHERIFF OF PALM BEACH COUNTY |
| | 13 | 12/01/2025 | SUMMONS ISSUED | adam@balkanpatterson.com;tiffany@balkanpatterson.com;efile@balkanpatterson.com AS TO DFT KEITH RICHARDS |
| | 14 | 12/04/2025 | PAID $20.00 ON RECEIPT 6059399 | $20.00 6059399 Fully Paid |
| | 15 | 12/10/2025 | SERVICE RETURNED (NUMBERED) | VERIFIED RETURN OF SERVICE SERVED RIC L. BRADSHAW - 12/09/2025 |
| | 16 | 12/10/2025 | SERVICE RETURNED (NUMBERED) | VERIFIED RETURN OF SERVICE SUBSTITUTE KEITH RICHARDS - 12/09/2025 |
| | 17 | 01/06/2026 | NOTICE OF APPEARANCE CIVIL | FB ATTY JOLLY OBO DFTS |
| | 18 | 01/06/2026 | ANSWER & AFFIRMATIVE DEFENSES | TO PLAINTIFFS COMPLAINT FILED BY DFTS |